UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ALYSON ANN HARRIS, individually, )
and HOLTON DEWEY HARRIS, by )
and through his Next Friend and )
Natural Guardian, Alyson Ann Harris, )
                                                                )
    Plaintiffs, )
                                                                )
v. ) CV416-322
                                                                )
AL-MALIK NASHEED JELANI, *et al.*, )
                                                                )
    Defendants. )

FILED
Scott L. Poff, Clerk
United States District Court

By tblanchard at 10:34 am, Aug 09, 2017

# ORDER

Defendants in this personal injury action requested a contempt hearing and compulsion of production from plaintiffs' expert neuropsychologist, Dr. Jeremy Hertza, as well as an extension of time to take his deposition. Docs. 55 & 59. After the motion was filed, Dr. Hertza "produced the requested data" and defendants withdrew their motion in part. Doc. 62. They still seek more time to take his deposition, as fact discovery has now closed. *Id.* at 2. As defendants were prevented from taking his deposition until the data was produced, through no fault of their own, they will get their additional time. Within 10 days of service of this Order, the parties are **ORDERED** to

meet and confer and determine a mutually agreeable time and place for Dr. Hertza's deposition, which shall take place within the next 30 days.

**SO ORDERED,** this  9th  day of August, 2017.

*/s/ G.R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA