IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ALYSON ANN HARRIS, individually, and HOLTON DEWEY HARRIS, by and through his Next of Friend and Natural Guardian, Alyson Ann Harris, <br><br>Plaintiffs, <br><br>v. <br><br>AL-MALIK NASHEED JELANI, CRESCO CAPITAL, IDEAL LOGISTICS, LLC, and PROGRESSIVE EXPRESS INSURANCE COMPANY, <br><br>Defendants. | CASE NO. CV416-322 |

## O R D E R

Before the Court is the parties' Stipulation of Dismissal with Prejudice. (Doc. 101.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." In this case, all parties have consented to settlement and the Court has approved the settlement allocation for minor Holton Dewey Harris (Doc. 100). Accordingly, this action is **DISMISSED**

**WITH PREJUDICE.**[1] Each party shall bear its own costs and attorney's fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 20th day of November 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] As a result, Defendants' Motion to Strike Plaintiffs' Expert (Doc. 67) and Plaintiffs' Motion to Strike and Exclude the Testimony of Anthony J. Avino (Doc. 73) are **DISMISSED AS MOOT.**